IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00007-BNB

RANDAL ANKENEY,
FRED DALE,
DAMAN THOMPSON, and
ALEJANDRO PEREZ, Individually and on Behalf of all Others Similarly Situated,

      Plaintiffs,

v.

STATE OF COLORADO,
RICK RAEMISCH, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,
ROGER WERHOLTZ, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,
TONY CAROCHI, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,
TOM CLEMENTS, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity By and Through his
      ESTATE,
ARISTEDES ZAVARIS, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,
JOE ORTIZ, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity, and
JOHN SUTHERS, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,

      Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be assigned to a district judge and to a magistrate judge.  *See*

D.C.COLO.LCivR 8.1(d).  Accordingly, it is

ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED January 3, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge