IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00007–MSK–KMT

RANDAL ANKENEY, individually and on behalf of all others similarly situated,
FRED DALE, individually and on behalf of all others similarly situated,
DAMAN THOMPSON, individually and on behalf of all others similarly situated,
ALEJANDRO PEREZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity,
ROGER WERHOLTZ, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity,
TONY CAROCHI, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity,
TOM CLEMENTS, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity by and through his ESTATE,
ARISTEDES ZAVARIS, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity,
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity, and
JOHN SUTHERS, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion to Briefly Hold Ruling in Abeyance" (Doc. No. 61, filed October 8, 2014) is GRANTED in part. Based on Plaintiffs' representation that a ruling in the Colorado Supreme Court case could materially assist in this Court's determination of the issues in this matter, Defendants' "Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)" (Doc. No. 49) is DENIED without prejudice. This case and all discovery in

this matter remain STAYED pending a ruling by the Colorado Supreme Court. The parties shall file a joint status report within ten days of the Colorado Supreme Court's ruling to advise how they wish to proceed, including whether Plaintiffs intend to file a motion to amend their complaint, whether the defendants wish to file a renewed motion to dismiss, and whether a scheduling conference should be set.

Dated: October 10, 2014